UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMAL J ELLIS,<br><br>                    Plaintiff,<br>    v.<br><br>WASHINGTON STATE DEPT OF CORRECTIONS, D HOLBROOK, S SINCLAIR, DANIELLE ARMBRUSTER, L YOUNG, J AIYEKU, B WARNER, C BOWMAN,<br>                    Defendants. | No. 3:15-CV-05421-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's case is dismissed as frivolous as Plaintiff has failed to follow the Court's Order and has failed to allege facts which state a claim.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 19th day of October, 2015.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1